UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00484-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ARNOLDO RASCON-LARGUERO, a/k/a Arnold Alvera, a/k/a Rascon Mendosa, a/k/a Jesus Mendoza, a/k/a Rambo Mendosa,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Friday, October 22, 2010,** and responses to these motions shall be filed by **Friday, November 5, 2010.** It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Monday, November 15, 2010, at 10:00 a.m. in courtroom A-1002** It is

FURTHER ORDERED that a 2-day jury trial is set for **Monday, November 22, 2010, at 9:00 a.m. in courtroom A-1002.**

Dated this 30 day of September, 2010.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL
CHIEF U. S. DISTRICT JUDGE