UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00484-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ARNOLDO RASCON-LARGUERO, a/k/a Arnold Alvera, a/k/a Rascon Mendosa, a/k/a Jesus Mendoza, a/k/a Rambo Mendosa,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on November 4, 2010.  A Change of Plea hearing is set for **Tuesday, December 6, at 2:00 p.m.   Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED**.  **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    The Parties have also requested that the Defendant be sentenced on the same date at the Change of Plea Hearing.  If deemed appropriate at the Change of Plea Hearing, the Court will proceed to immediate sentencing.

    The Final Trial Preparation Conference set for November 15, 2010 and the Trial set for November 22, 2010 are **VACATED.**

    Dated:  November 8, 2010