UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00484-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  ARNOLDO RASCON-LARGUERO, a/k/a Arnold Alvera, a/k/a Rascon Mendosa, a/k/a Jesus Mendoza, a/k/a Rambo Mendosa,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      The change of plea hearing set for Monday, January 3, 2011, at 3:00 p.m. is **RESET** to **Wednesday, January 12, 2011, at 4:00 p.m.**  Per the request contained in the Notice of Disposition [doc. #12], filed November 4, 2010, the matter will go into an immediate sentencing hearing.

      Dated:  January 3, 2011.